UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTELLECTUAL SCIENCE AND
TECHNOLOGY, INC,

      Plaintiff,                        Honorable Avern Cohn

vs.

SONY ELECTRONICS, INC., et al,        Case No. 2:06-CV-10406
                                           Case No. 2:06-CV-10409
      Defendants.                    Case No. 2:06-CV-10412

**PAGES 37-39 TO PLAINTIFF INTELLECTUAL SCIENCE AND TECHNOLOGY, INC.'S COUNTER-STATEMENT OF DISPUTED FACTS IN SUPPORT OF IST'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**

**FILED UNDER SEAL**



FILED
JUL 17 2007
CLERK'S OFFICE
DETROIT